IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Vantus Bank, ARLENE T. CURRY, GARY L. EVANS, DAVID M. ROEDERER, BARRY E. BACKHAUS, RONALD A. JORGENSON, CHARLES D. TERLOUW, JON G. CLEGHORN, ALLEN J. JOHNSON, MICHAEL W. DOSLAND, and MICHAEL S. MODERSKI,<br><br>　　　　Defendants. | No. C12-4041-DEO<br><br>**ORDER** |

_____

This matter will come on for telephonic hearing on defendant Federal Deposit Insurance Corporation's motions (Doc. Nos. 40 and 43) to compel on **February 26, 2014, at 10:00 a.m.** The parties are directed to call the bridge conference telephone line at 877-336-1839, use the access code 4718960#, press # to enter as a participant, and enter the security code 1230# to participate in the hearing.

**IT IS SO ORDERED.**

**DATED** this 10th day of February, 2014.

_____
LEONARD T. STRAND
UNITED STATES MAGISTRATE JUDGE