IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

Case Number: C12-4041-DEO                    Date: February 26, 2014

Case Title: PROGRESSIVE CASUALTY INSURANCE COMPANY v. FDIC, et al.

JUDGE: Honorable Leonard T. Strand

TIME IN COURT:   Start:   10:02 a.m.                    Adjourn:   11:13 a.m.

APPEARANCES: Plaintiff:              Matthew Dendinger and Joe Moser
             Defendant FDIC:         Andrew Reidy and Richard Kirschman
             Individual Defendants:  David Tank and Bill Miller

Court Reporter:  Digital Recording

LOCATION/PHONE: Telephone

TYPE OF PROCEEDING:
   A.  HEARING:
       (1) Motion to Compel Plaintiff's Production of Documents from Privilege Logs
       (2) Motion to Compel Discovery
       (3) Joint Motion for Extension of Time for Scheduling Order Deadlines

MOTIONS RULED ON BY THE COURT:
   A. Docket #s: 40, 43, 53
       (1) Ruling: Under advisement
       (2) Order to follow: Yes X

Misc.:

Copies mailed to:                                    Holli Brown
                                                     DEPUTY CLERK